IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHINIKA TERRELL,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

Case No. 25-1818 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 4/15/2026                MONICA A. STUMP, Clerk of Court

                               s/ Tina Gray, Deputy Clerk

Approved:     *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**